AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

ONeil T. Thompson

_____
Plaintiff

V.

MS. Sgt Moody, MS. Young, All Sealy

_____
Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:  08198

I, ONeil T. Thompson _____ declare that I am the (check appropriate box)

• •  Petitioner/Plaintiff/Movant        • •  Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915,  I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED

APR – 7 2008

US DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury

1.     Are you currently incarcerated?     | • Yes |    • •No     (If "No" go to Question 2)

If "YES" state the place of your incarceration H.R.Y.C.I  Wilm De 19801

Inmate Identification Number (Required): # 280-639

Are you employed at the institution? NO Do you receive any payment from the institution? NO

*Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2.     Are you currently employed?    • • Yes        • No

    a.     If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your  employer.

    b.     If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.     In the past 12 twelve months have you received any money from any of the following sources?

    a.     Business, profession or other self-employment    • • Yes    • • No
    b.     Rent payments, interest or dividends    • • Yes    • • No
    c.     Pensions, annuities or life insurance payments    • • Yes    • • No
    d.     Disability or workers compensation payments    • • Yes    • • No
    e.     Gifts or inheritances    • • Yes    • • No
    f.     Any other sources    | • • Yes |    • • No

If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive. I really ccln't say.

I get a money order from my mom or my wife every now and then to held my support my needs in here.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.    Do you have any cash or checking or savings accounts?          • • Yes    • •No

      If "Yes" state the total amount  $_____

5.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other
      valuable property?
                                                                     • • Yes    • •No

      If "Yes" describe the property and state its value.

6.    List the persons who are dependent on you for support, state your relationship to each person and
      indicate how much you contribute to their support, OR state NONE if applicable.    NONE

      If I was Home, It would be
      my Daughter and my Household.

      I declare under penalty of perjury that the above information is true and correct.

      _____        MR. ONEIL  T.  THOMPSON
              DATE                        SIGNATURE OF APPLICANT

**NOTE TO PRISONER:  A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit
stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional
officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.
If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified
statement of each account.**

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
BUREAU OF ADULT CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
P.O. BOX 9279
WILMINGTON DE  19801
(BUSINESS ADDRESS)

# Memorandum

To:        O'Neil Thompson, SBI # 280639, 2Y, 5

From:    Business Office

Date:    April 1, 2008

Re:        Response to your letter.

---

Mr. Thompson,

Here is a copy of your 6 months history and balance.

RESIDENT HISTORY REPORT                                    Page 1 of 1

HRYCI
04/01/08 11:20
ST 006 / OPR JNM



SBI            :  280639
Resident Name  :  NEIL, THOMPSON
Time Frame     :  10/01/2007 13:36 - 04/01/2008 11:20

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 10/02/2007 | 11:25 | Add | 4 | gmw | D76606 | 40.00 | 118.65 |
| 10/03/2007 | 05:57 | Order | 2 | DDT | B187188 | 59.15 | 59.50 |
| 10/04/2007 | 14:18 | Withdrawal | 6 | SJW | F32269 | 3.00 | 56.50 |
| 10/09/2007 | 10:11 | Order | 2 | DDT | B188043 | 13.08 | 43.42 |
| 10/16/2007 | 13:30 | Order | 2 | DDT | B188959 | 18.57 | 24.85 |
| 10/17/2007 | 09:39 | Withdrawal-Rev | 6 | JNM | F32563 | 3.00 | 27.85 |
| 10/23/2007 | 09:19 | Order | 2 | DDT | B189880 | 24.54 | 3.31 |
| 10/30/2007 | 10:01 | Order | 2 | DDT | B190768 | 1.91 | 1.40 |
| 10/31/2007 | 10:43 | Order | 11 | AFC | K5892 | 1.05 | 0.35 |
| 11/06/2007 | 11:16 | Order | 2 | DDT | B191734 | 0.26 | 0.09 |
| 11/07/2007 | 13:25 | Credit | 2 | DDT | B191855 | 0.26 | 0.35 |
| 11/07/2007 | 15:05 | Add | 10 | bsp | J12588 | 3.75 | 4.10 |
| 11/13/2007 | 09:00 | Order | 2 | AFC | B192744 | 3.28 | 0.82 |
| 11/27/2007 | 11:04 | Order | 2 | AFC | B194610 | 0.78 | 0.04 |
| 12/09/2007 | 09:10 | Add | 8 | GLD | H35510 | 30.00 | 30.04 |
| 12/09/2007 | 09:11 | Add | 8 | GLD | H35511 | 30.00 | 60.04 |
| 12/10/2007 | 11:19 | Add | 7 | SJW | G13436 | 15.75 | 75.79 |
| 12/11/2007 | 10:01 | Order | 2 | DDT | B196533 | 58.58 | 17.21 |
| 12/12/2007 | 09:10 | Order | 11 | WLH | K6501 | 3.15 | 14.06 |
| 12/12/2007 | 09:11 | Credit | 11 | WLH | K6502 | 3.15 | 17.21 |
| 12/18/2007 | 10:20 | Order | 2 | AFC | B197461 | 16.91 | 0.30 |
| 01/08/2008 | 10:26 | Order | 2 | DDT | B200283 | 0.26 | 0.04 |
| 01/10/2008 | 13:28 | Credit | 11 | AFC | K6945 | 0.26 | 0.30 |
| 01/15/2008 | 08:31 | Add | 7 | SJW | G13838 | 15.75 | 16.05 |
| 01/15/2008 | 09:51 | Order | 2 | DDT | B201184 | 15.88 | 0.17 |
| 01/29/2008 | 08:51 | Order | 2 | DDT | B202961 | 0.13 | 0.04 |
| 02/01/2008 | 09:20 | Credit | 3 | WLH | C25483 | 0.13 | 0.17 |
| 02/04/2008 | 09:06 | Add | 4 | J | D83663 | 40.00 | 40.17 |
| 02/05/2008 | 12:25 | Add | 4 | J | D83788 | 400.00 | 440.17 |
| 02/12/2008 | 09:35 | Order | 2 | DDT | B204911 | 63.07 | 377.10 |
| 02/14/2008 | 09:55 | Order | 3 | AFC | C25743 | 39.94 | 337.16 |
| 02/15/2008 | 15:25 | Add | 7 | SJW | G14385 | 4.50 | 341.66 |
| 02/19/2008 | 08:58 | Order | 2 | DDT | B205869 | 64.51 | 277.15 |
| 02/20/2008 | 10:18 | Order | 2 | DDT | B206040 | 185.00 | 92.15 |
| 02/21/2008 | 14:01 | Withdrawal | 6 | SJW | F35580 | 5.50 | 86.65 |
| 02/21/2008 | 14:13 | Withdrawal | 6 | SJW | F35587 | 10.00 | 76.65 |
| 02/26/2008 | 07:22 | Order | 2 | AFC | B206896 | 41.82 | 34.83 |
| 02/28/2008 | 10:44 | Credit | 3 | AFC | C26055 | 0.68 | 35.51 |
| 02/29/2008 | 13:42 | Rec Payment | 10 | bsp | J12703 | 2.23 | 33.28 |
| 02/29/2008 | 14:26 | Rec Payment | 10 | bsp | J12732 | 2.46 | 30.82 |
| 02/29/2008 | 15:11 | Rec Payment | 7 | SJW | G14494 | 8.00 | 22.82 |
| 03/04/2008 | 08:29 | Order | 2 | AFC | B207718 | 22.67 | 0.15 |
| 03/13/2008 | 11:53 | Add | 4 | J | D86068 | 50.00 | 50.15 |
| 03/17/2008 | 12:44 | Order | 2 | DDT | B209795 | 47.18 | 2.97 |
| 03/20/2008 | 10:01 | Credit | 3 | WLH | C26583 | 1.99 | 4.96 |
| 04/01/2008 | 08:43 | Order | 2 | DDT | B211484 | 4.95 | 0.01 |