IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| O'NEIL THOMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-198-GMS |
| | ) |
| SGT. MOODY, C/O YOUNG, | ) |
| C/O SEALY, | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**

FILED
APR 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, O'Neil Thompson, SBI #280639, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $21.31 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated April 17, 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: April 22ND, 2008.

O'Neil Thompson
Signature of Plaintiff

WILMINGTON DE 197
25 APR 2008 PM 3
USA 41

M.S.
RAY

1980143518 C012