08-198 (Gms)
7-17-08

1.

Dear United State District Court

My name is Mr. O'Neil Thompson #280639. Civil Action No. #08-198-GMS

I'm writing cause I'm worryed about my case that I have going on. I did everything I was told to do, the last thing I did was fill out the authorization forms and I did get that back with the filed date saying Apr. 28-08. That was almost (3) three month ago, and have not heard anything since that time. I just would like to know is everything okay and is my case still open. I do know it's the summer and I'm sure its vacation time etc... so if you can, can you please get get back to me I would really appreciate that.

FILED
JUL 18 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(2)

Thank you for your time.

Mr. O'Neil Thompson
#280609
Civil Action #. 08-198-GMS

